IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:98CR141 |
| Plaintiff, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| JENNIFER L. DELOA, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on Robert J. Meyer's "Motion to Withdraw as Attorney of Record" (filing no. 114) allowing him to withdraw as counsel of record for defendant Jennifer L. Deloa.

IT IS ORDERED that the "Motion to Withdraw as Attorney of Record" (filing no. 114) is granted.

DATED this 14th day of February, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge